LORENZO POLICASTRO, PLAINTIFF, v. MARGARET LAINO ET AL., DEFENDANTS.

Argued December 3, 1931—Decided December 10, 1931.

Before Justices TRENCHARD, DALY and DONGES.

For the plaintiff-applicant, *Kuvin & Grand.*

For the defendants-respondents, *John V. Laddey.*

PER CURIAM.

The application was for a writ of *certiorari* to review an order of the Essex County Circuit Court refusing to quash a writ of attachment.

Our examination of the moving papers and of the briefs submitted leads us to the conclusion that the application for a writ of *certiorari* must be denied, with costs.

It is so ordered accordingly.